UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 WILLIAM DURANT,

                        Plaintiff,           24 **CIVIL** 3459 (NSR)(JCM)

       -v-                            **<u>JUDGMENT</u>**

FRANK BISISGNANO,
COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order & Opinion dated August 11, 2025, the Court has adopted MJ McCarthy's R & R in its entirety. Plaintiff's motion is GRANTED and the matter is remanded to the Social Security Administration for further proceedings consistent with the Opinion and the R & R. Judgment is entered in favor of Plaintiff, and the action is remanded back to the agency; accordingly, the case is closed.

**Dated:**  New York, New York

      August 11, 2025

                                                          **TAMMI M. HELLWIG**
                                                            _____
                                                                  **Clerk of Court**

                                                                   *K. Mango*
                                  **BY:**  _____
                                                                  **Deputy Clerk**