USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  **12/8/2025**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM P. DURANT,

                    Plaintiff,

      v.

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

**STIPULATION AND ORDER
REGARDING ATTORNEY FEES**

Civil Action No.
7:24-cv-03459-NSR-JCM

NELSON S. ROMÁN, United States District Judge:

The parties, through their attorneys, stipulate that Plaintiff is awarded $11,500.00 in attorney fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and if Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated:  December 5, 2025

| | |
|---|---|
| */s/ Daniel Berger* | JAY CLAYTON |
| DANIEL BERGER | United States Attorney |
| Attorney for Plaintiff | Southern District of New York |
| Ny Disability, LLC. | Attorney for Defendant |
| 1000 Grand Concourse, Suite 1-A | |
| Bronx, NY 10451 | By: */s/ Sergei Aden* |
| (718) 588-4715 | SERGEI ADEN |
| Fax: (718) 588-7319 | Special Assistant United States Attorney |
| Email: danielbergeresq@aol.com | Social Security Administration |
| | Law & Policy |
| | Attn: Program Litigation 2 |
| | 6401 Security Boulevard |
| | Baltimore MD 21235-6401 |
| | 212-264-2026 |

**The Clerk of Court is kindly directed to terminate the motion at ECF No. 21 and this action (per ECF No. 20).**

SO ORDERED:

_____
NELSON STEPHEN ROMAN
U.S. District Court Judge, S.D.N.Y.

Dated: December 8, 2025
White Plains, New York